UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KAREN G. MUNNIS-SMITH,

    Plaintiff,

v.                                    Case No:  2:12-cv-182-Ftm-29SPC

SCHWANS FOOD SERVICE, INC.,

    Defendant.
_____/

## ORDER

This matter comes before the Court on a Joint Motion for Extension of Mediation Deadline and for Defendant's Corporate Representative to Appear Telephonically (Doc. #23) filed on February 19, 2013. Both parties move the Court for an extension of the mediation deadline and for Defendant's corporate representative to appear telephonically at the mediation.

The mediation deadline is March 11, 2013. (Doc. #18). Parties move this Court to extend the deadline to April 5, 2013. As grounds for the extension, parties state that they both require more time to conduct additional discovery before the mediation. Parties state that the mediator is available for the proposed date of April 3, 2013. Pursuant to M.D. Fla. Local Rule 3.01(g), the parties have conferred and neither opposes the requested relief. Thus, the Court finds good cause to extend the mediation deadline to April 5, 2013.

Additionally, Defendant moves the Court to allow Defendant's corporate representative to appear telephonically at the mediation. As grounds, Defendant states that its corporate representative works in Marshall, Minnesota and has full settlement authority. Plaintiff's counsel is not opposed. As such, the Court finds the corporate representative's travel from Minnesota to Florida unduly burdensome and is excused from being personally present at the

mediation. However, Defendant's corporate representative must be available during the entire mediation and Defendant's counsel must be present at the mediation. Counsel will need to contact the mediator and confirmed that facilities are available for conducting the mediation by telephone.

Accordingly, it is now

**ORDERED:**

Joint Motion for Extension of Mediation Deadline and for Defendant's Corporate Representative to Appear Telephonically (Doc. #23) is **GRANTED**.

(1) The mediation deadline in this matter is extended to **April 5, 2013.**

(2) Defendant's corporate representative may appear telephonically at the mediation; however said representative must be available during the entire mediation.

(3) Defendant's counsel must be present at the mediation.

(4) All other deadlines remain unchanged.

**DONE** and **ORDERED** in Fort Myers, Florida this 21th day of February, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record